Todd C. Werts, Ariz. Bar No. 35380
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65201
Telephone: 573-875-1991
Facsimile: 573-279-0024
Email: werts@learwerts.com
Attorneys for Plaintiffs

In the United States District Court
District of Arizona
Phoenix Division

| | |
|---|---|
| Kathy Arrison and Tristan Smith, individually, and on behalf of a Class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Walmart, Inc. and Wal-Mart Associates, Inc.,<br><br>Defendants. | Case No. 2:21-cv-00481-SMB |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiffs' Amended Complaint was filed with the Court's CM/ECF system on this 11th day of June, 2021. That system will serve copies on all those entitled to notice.

Dated: June 11, 2021                                Respectfully submitted,

| | |
|---|---|
| 1 | |
| 2 | LEAR WERTS LLP |
| 3 | /s/Todd C. Werts |
| | Todd C. Werts, Ariz. Bar No. 35380 |
| 4 | Bradford B. Lear, *pro hac vice* |
| 5 | Anthony J. Meyer, *pro hac vice* |
| | 103 Ripley Street |
| 6 | Columbia, MO 65201 |
| 7 | Telephone:  573-875-1991 |
| | Facsimile:  573-279-0024 |
| 8 | Email:  lear@learwerts.com |
| 9 | Email:  werts@learwerts.com |
| | Email:  meyer@learwerts.com |
| 10 | ATTORNEYS FOR PLAINTIFFS |